CHARLES A. BROWN et al., Composing the Firm of BROWN & FLEMING, Appellants, *v.* WILLIAM CODY et al., Composing the Firm of CODY BROTHERS, Respondents.

*Brown* v. *Cody,* 23 App. Div. 210, affirmed.
(Argued October 18, 1900; decided November 2, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 16, 1898, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court, and an order denying a motion for a new trial, and granting a new trial.

*Frederick E. Anderson* for appellants.

*James W. Ridgway* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

SIMON ROTHSCHILD, Respondent, *v.* THE RIO GRANDE WESTERN RAILWAY COMPANY, Appellant.

*Rothschild* v. *Rio Grande W. Ry. Co.,* 17 App. Div. 635, affirmed.
(Argued October 18, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Roger A. Pryor* for appellant.

*George Hoadly* and *William Strauss* for respondent.

Judgment affirmed, with costs, on opinion of FOLLETT, J. (84 Hun, 103).

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.